NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRIMAR SYSTEMS, INC.,**
*Appellant*

**v.**

**JUNIPER NETWORKS, INC., RUCKUS WIRELESS, INC., NETGEAR, INC.,**
*Appellees*

---

2018-1499, 2018-1500, 2018-1503, 2018-1984

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01389, IPR2016-01391, IPR2016-01397, IPR2016-01399, IPR2017-00719.

---

## JUDGMENT

---

FRANK A. ANGILERI, Brooks Kushman PC, Southfield, MI, argued for appellant. Also represented by THOMAS A. LEWRY, MARC LORELLI, CHRISTOPHER C. SMITH.

JONATHAN STUART KAGAN, Irell & Manella LLP, Los Angeles, CA, argued for all appellees. Appellee Juniper Networks, Inc. also represented by MICHAEL RICHARD FLEMING.

MATTHEW YUNGWIRTH, Duane Morris LLP, Atlanta, GA, for appellees Ruckus Wireless, Inc., NETGEAR, Inc. Also represented by CHRISTOPHER JOSEPH TYSON, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 19, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |